MARTHA E. SEYMOUR, Appellant, *v.* THE SPRING FOREST CEMETERY ASSOCIATION et al., Respondents.

*Seymour* v. *Spring Forest Cemetery Assn.*, 4 App. Div. 359, affirmed
(Argued October 25, 1898; decided November 22, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1896, upon an order affirming a judgment in favor of defendants entered upon the report of a referee.

*Edward K. Clark* for appellant.

*Israel T. Deyo* and *H. Fred Lyon* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.